THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, a New York Corporation, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:12-cv-00717-JCC<br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO RULE 15(a)(2)** |

Plaintiff Tiffany Hill and Defendants Xerox Corporation, Livebridge, Inc., Affiliated Computer Services, Inc. and Affiliated Computer Services, LLC, by and through their undersigned counsel, hereby stipulate that Plaintiff may file the Second Amended Class Action Complaint (to be filed this day) without leave of Court, pursuant to Fed. R. Civ. P. 15(a)(2). The parties further agree that Defendants' stipulation hereto is not an acknowledgement, agreement, or admission that any aspect of the Second Amended Class Action Complaint is warranted or has merit.

STIPULATION ALLOWING PLAINTIFF TO FILE
SECOND AMENDED CLASS ACTION
COMPLAINT PURSUANT TO RULE 15(a)(2) - 1
CASE NO. 2:12-CV-00717-JCC

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  RESPECTFULLY SUBMITTED AND DATED this 22nd day of January, 2013.

2  TERRELL MARSHALL DAUDT       K&L GATES LLP
3  & WILLIE PLLC

4
   By:  /s/ Toby J. Marshall, WSBA #32726       By: /s/ Patrick M. Madden, WSBA #21356
5      Toby J. Marshall, WSBA #32726               Patrick M. Madden, WSBA #21356
       Email: tmarshall@tmdwlaw.com                Email: patrick.madden@klgates.com
6      Marc C. Cote, WSBA #39824                   Ryan D. Redekopp, WSBA #36853
       Email: mcote@tmdwlaw.com                    Email: ryan.redekopp@klgates.com
7      936 North 34th Street, Suite 400            925 Fourth Avenue, Suite 2900
       Seattle, Washington  98103                  Seattle, Washington  98104-1158
8      Telephone:  (206) 816-6603                  Telephone:  (206) 623-7580
       Facsimile: (206) 350-3528                   Facsimile:  (206) 623-7022
9

10     Jon W. MacLeod, WSBA #8491
       Email: jwm@jwmacleodlaw.com               *Attorneys for Defendants*
11     MacLEOD LLC
       1700 Seventh Avenue, Suite 2100
12     Seattle, Washington 98101
13     Telephone: (206) 357-8470
       Facsimile: (206) 357-8401
14
       Daniel F. Johnson, WSBA #27848
15     Email: djohnson@bjtlegal.com
       BRESKIN JOHNSON &
16     TOWNSEND, PLLC
17     1111 Third Avenue, Suite 2230
       Seattle, Washington  98101
18     Telephone:  (206) 652-8660
       Facsimile:  (206) 652-8290
19

20 *Attorneys for Plaintiff*

21

22

23

24

25

26

STIPULATION ALLOWING PLAINTIFF TO FILE
SECOND AMENDED CLASS ACTION
COMPLAINT PURSUANT TO RULE 15(a)(2) - 2
CASE NO. 2:12-CV-00717-JCC

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on January 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Patrick M. Madden, WSBA #21356
> Email: patrick.madden@klgates.com
> Ryan D. Redekopp, WSBA #36853
> Email: ryan.redekopp@klgates.com
> K&L GATES LLP
> 925 Fourth Avenue, Suite 2900
> Seattle, Washington 98104-1158
> Telephone: (206) 623-7580
> Facsimile: (206) 623-7022

*Attorneys for Defendants*

DATED this 22nd day of January, 2013.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email: tmarshall@tmdwlaw.com
Marc C. Cote, WSBA #39824
Email: mcote@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiff*

STIPULATION ALLOWING PLAINTIFF TO FILE
SECOND AMENDED CLASS ACTION
COMPLAINT PURSUANT TO RULE 15(a)(2) - 3
CASE NO. 2:12-CV-00717-JCC

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com