UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 03 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>XEROX BUSINESS SERVICES, LLC; et al.,<br><br>        Defendants - Appellants. | No. 14-36029<br><br>D.C. No. 2:12-cv-00717-JCC<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered June 11, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amount of $243.30.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT

                      By: Rhonda Roberts
                      Deputy Clerk
                      Ninth Circuit Rule 27-7