THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>          Defendants. | CASE NO. C12-0717-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On November 17, 2014, the Court stayed this action pending Defendants' interlocutory appeal. (*See* Dkt. No. 131.) On July 3, 2019, the Ninth Circuit Court of Appeals entered its mandate on Defendants' appeal, affirming the Court's rulings. (*See* Dkt. Nos. 139, 140.) Therefore, the Court LIFTS its stay of this action. No later than July 26, 2019, the parties shall file a joint status report informing the Court of the most

1  expeditious way to proceed to resolution of this action.

2      DATED this 16th day of July 2019.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk