UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | CASE NO. C12-0717-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed scheduling order (Dkt. No. 159). Having thoroughly reviewed the proposed schedule and relevant record, the Court hereby AMENDS the case schedule as follows:

| EVENT | DATE |
|---|---|
| Initial expert reports due | January 21, 2020 |
| Rebuttal expert reports due | February 24, 2020 |

| Close of discovery | March 23, 2020 |
|---|---|
| Dispositive motions deadline | April 23, 2020 (noted for May 15, 2020) |
| Proposed pretrial order filed | October 5, 2020 |
| Trial briefs filed | October 12, 2020 |
| Trial | October 19, 2020 |

DATED this 26th day of September 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk