THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., and Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:12-CV-00717-JCC<br><br>DECLARATION OF PATRICK M. MADDEN IN SUPPORT OF STIPULATED MOTION FOR COURT APPROVAL OF PROPOSED CLASS NOTICE AND NOTICE PLAN |

I, Patrick M. Madden, hereby state and declare:

1. I am a partner in the law firm of K&L Gates LLP and counsel for Defendants XEROX BUSINESS SERVICES, LLC, LIVEBRIDGE, INC., AFFILIATED COMPUTER SERVICES, INC., AFFILIATED COMPUTER SERVICES, LLC (and their successors) in the above-captioned matter. I have knowledge of the facts set forth in this declaration and am competent to testify thereto.

DECLARATION OF PATRICK M. MADDEN - 1
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. In October 2019, Defendants provided Plaintiff's counsel with a class list that contains 5,772 employees who fall within the Court's class definition. The following is an explanation for how that list was established.

3. In June 2013, Defendants provided Plaintiff with two lists, one that reflected all terminated and another that reflected all current Washington call center or ABC-related employees as of that time. Those lists were provided prior to this Court's ruling on class certification and thus included all employees at Washington call centers regardless of whether they were paid under an ABC compensation plan that used minutes as a unit of production. This Court's ruling denying certification for off-the-clock work claims and allowing certification of an ABC class narrowed the scope of employees within the class.

4. For purposes of narrowing the list of employees who met this Court's class definition and to whom class notice should be sent, Defendants combined the two original lists and then removed individuals based on the following criteria:

   a. Anyone who did not work in Washington State;

   b. Anyone who was terminated before June 5, 2010;

   c. Anyone who was hired after September 27, 2012, and signed the new DRP agreement;

   d. Anyone who never received ABC pay – employees were paid hourly in training and many did not work long enough to transition to ABC pay;

   e. Anyone who did not receive ABC pay on or after June 5, 2010; and

   f. Anyone who did not work under an ABC plan that used minutes as a unit of production – some call centers' ABC plans (*e.g.*, Kent Travelocity) paid by the call or other non-minute metrics or paid commissions.

DECLARATION OF PATRICK M. MADDEN - 2
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

5.  In addition to an earlier declaration from Christina Fuhr that was filed with the Court in 2013, at Plaintiff's counsel's request, Defendants provided a supplemental declaration documenting the 2012 DRP plan and process that this Court ruled excluded employees hired after September 27, 2012. Defendants identified a few employees in Washington who were hired after creation of the 2013 lists; who opted out of and did not sign the 2012 DRP; and who worked under an ABC plan that used minutes as a unit of production. These employees were added to the final class list.

6.  Todd Nunn and I provided a detailed explanation to Plaintiff's counsel of how Defendants applied each of these criteria and how they arrived at the final class list of 5,772 employees. The criteria and their application to employees on the original lists provided to Plaintiff's counsel in 2013 can be verified with information and data provided by Defendants to Plaintiff in discovery.

7.  If records left any doubt about whether an employee fell within the class definition, in an abundance of caution, Defendants included all such employees from covered locations who received ABC pay during the relevant period even if some of those employees may not have worked under ABC plans that used minutes as a unit of production and others may not have received ABC pay using minutes as a unit of production. Although Defendants have included such employees in the class list for purposes of notice, Defendants reserve the right to later challenge the inclusion of these employees in the class.

8.  Defendants cooperation in generating the employee list for purposes of sending notice to the class in no way waives their objection that class certification is not warranted in this case, that individuals are subject to defenses that bar their claims or their participation in this proceeding, and that individuals have no valid claims and have suffered no damages.

DECLARATION OF PATRICK M. MADDEN - 3
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

9. More specifically, as explained to Plaintiff's counsel, Defendants included individuals in the class list whose claims (Defendant has and will contend) are barred because (1) they elected to pursue their claims to finality in the *Douglas* and/or *Amedee* matters; and/or (2) they signed pre-2012 arbitration agreements that (under the Supreme Court's *Lamps Plus* decision) require individual arbitration. Defendants specifically reserve the right to raise those issues despite the individuals being sent notice and will move for relief regarding those individuals at the appropriate time.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 13TH day of November, 2019, at Seattle, Washington.

Patrick M. Madden, WSBA #21356
Counsel for Defendants

DECLARATION OF PATRICK M. MADDEN - 4
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022