THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, and AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. C12-0717-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to approve their proposed class notice plan (Dkt. No. 161). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

On August 13, 2019, the Court certified the class. (Dkt. No. 157.) The parties now move for approval of their class notice and notice plan. (Dkt. No. 161.) A court must "direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." Fed. R. Civ. P. 23(c)(2)(B). The

class notice must be stated in "plain, easily understood language" and contain: (i) the nature of the action; (ii) the definition of the class certified; (iii) the class claims, issues, or defenses; (iv) that a class member may enter an appearance through an attorney; (v) that the court will exclude from the class any member who requests it; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a class judgment on members. *Id.* The Court FINDS that the parties' proposed notice form and notice plan satisfy the elements of Rule 23. Accordingly, the parties' motion for approval of the proposed class notice plan (Dkt. No. 161) is GRANTED. The Court hereby ORDERS that:

1. Defendants shall provide a list with updated addresses to Plaintiff's counsel and the notice administrator no later than December 21, 2019;
2. The notice administrator shall mail class action notices no later than January 3, 2020;
3. The notice and opt-out period shall close 45 days after notice is mailed to all potential class members;
4. The notice administrator shall submit a report to the Court regarding opt-outs and the final class list no later than 10 days after the opt-out period closes.

DATED this 17th day of December 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE