THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, and AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. C12-0717-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulation and proposed order regarding use and protection of class member Social Security numbers ("SSNs") (Dkt. No. 165). Having thoroughly considered the parties' stipulation and the relevant record, the Court finds oral argument unnecessary and hereby ORDERS as follows:

1. Defendant is authorized to share SSNs of defined class members with the claims administrator, JND Legal Administrations;
2. JND Legal Administrations shall keep the SSNs confidential and use the SSNs only for the purpose of locating and providing notice to defined class members in this case;

1. and
2. 3. JND Legal Administrations shall destroy all copies of the SSNs at the conclusion of the notice process.

DATED this 4th day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE