THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, and AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. C12-0717-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendants' motion to compel arbitration (Dkt. No. 169) noted on April 17, 2020. The parties also have pending cross-motions for summary judgment. (Dkt. Nos. 173, 183.) In the interest of judicial economy, the Court RENOTES Defendants' motion to compel arbitration (Dkt. No. 169) for May 8, 2020.

//

//

MINUTE ORDER
C12-0717-JCC
PAGE - 1

1     DATED this 19th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk