THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, and AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　Defendants. | CASE NO. C12-717-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' joint motion to continue trial and modify pretrial deadlines (Dkt. No. 200). In this case, the discovery cutoff and dispositive motions deadlines have passed, and the only case management deadlines remaining are pretrial deadlines that require the filing of documents whose contents could change depending on what issues will be tried. (*See* Dkt. No. 160.) For this reason, the parties jointly request that the Court strike the trial date and remaining pretrial deadlines. (*See* Dkt. No. 200 at 2.)

MINUTE ORDER
C12-717-JCC
PAGE - 1

1  Having thoroughly considered the parties' motion and the relevant record, and finding
2  good cause, the Court hereby GRANTS the motion (Dkt. No. 200) and ORDERS as follows:
3      1.    The trial date of October 19, 2020, and all remaining pretrial deadlines (i.e., those
4  related to the joint pretrial statement, trial briefs, designation of exhibits, etc.) are stricken;
5      2.    The parties shall file a proposed joint schedule within 21 days of the Court's
6  resolution of all of the currently-pending motions and cross-motions (Dkt. Nos. 169, 173, 183,
7  and 189).
8  DATED this 19th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk