THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>XEROX BUSINESS SERVICES, LLC, *et al.*,<br><br>            Defendants. | CASE NO. C12-0717-JCC<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   This matter comes before the Court *sua sponte*. The Ninth Circuit previously stayed this case, (Dkt. No. 211), pending resolution of Defendants' appeal of this Court's order denying Defendant's motion to compel arbitration (Dkt. No. 202). On February 2, 2023, the Ninth Circuit affirmed this Court's opinion, (Dkt. No. 213), and subsequently issued its mandate (Dkt. No. 217).

   Accordingly, the stay is LIFTED and the parties are INSTRUCTED to meet and confer, and to file a joint status report by September 29, 2023, not to exceed six (6) pages, indicating whether the parties would like the Court to consider the pending cross-motions for summary judgement as filed, (Dkt. Nos. 173, 183), or whether they intend to submit updated motions for

1  the Court's consideration. The joint status report must either stipulate to a course of action or
2  brief the Court on the parties' respective recommendations.
3        DATED this 25th day of June 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Samantha Spraker<br>
Deputy Clerk