THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., and Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:12-CV-00717-JCC<br><br>JOINT STATUS REPORT |

Pursuant to the Court's August 25 order (Dkt. No. 218), the parties have conferred and agree that they would like the Court to consider the pending cross-motions for summary judgement as filed (Dkt. Nos. 173 & 183).

DATED this 29th day of September, 2023.

BRESKIN JOHNSON & TOWNSEND PLLC

By: *s/Daniel F. Johnson*
Daniel F. Johnson, WSBA No. 27848
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Phone: 206-652-8660
djohnson@bjtlegal.com

JOINT STATUS REPORT - 1
No. 2:12-CV-00717-JCC

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

TERRELL MARSHALL DAUDT & WILLIE PLLC

Toby Marshall, WSBA #32726
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel: (206)816-6603
tmarshall@terrellmarshall.com

*Attorneys for Plaintiff*

K&L GATES LLP

By: *s/Todd L. Nunn*
 Patrick M. Madden, WSBA No. 21356
 Patrick.madden@klgates.com
 Todd L. Nunn, WSBA No. 23267
 todd.nunn@klgates.com
 925 Fourth Ave., Ste. 2900
 Seattle, WA  98104
 Telephone: (206) 623-7580

*Attorneys for Defendants*