THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7                              UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
8                                       AT SEATTLE

9    TIFFANY HILL, individually and on behalf of        CASE NO. C12-0717-JCC
     all persons similarly situated,
10                                                       MINUTE ORDER
                            Plaintiff,
11
              v.
12
     XEROX BUSINESS SERVICES, LLC, *et al.*,
13
                            Defendants.
14

15
16          The following Minute Order is made by direction of the Court, the Honorable John C.

17   Coughenour, United States District Judge:

18          This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No.

19   222).[1] Pursuant to LCR 7(h)(3), Defendants may file a response to Plaintiff's motion no later

20   than April 11, 2024. It should not exceed 4,200 words. Plaintiff may file a reply, not to exceed

21   2,100 words, by April 18, 2024. The Clerk is DIRECTED to re-note the motion for

     reconsideration (Dkt. No. 222) to April 18, 2024.
22
     //
23
     //
24

25   ─────────────────────
     [1] In addition, Plaintiff filed motions for leave to file overlength motions and briefs (Dkt. No.
26   224) and for relief from the deadline to request such leave (Dkt. No. 225). Finding good cause,
     both motions are GRANTED.

1    DATED this 28th day of March 2024.

2
                                    Ravi Subramanian
3                                   Clerk of Court

4                                   s/Kathleen Albert
5                                   Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C12-0717-JCC
PAGE - 2