THE HONORABLE JOHN C. COUGHENOUR

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware limited liability company, LIVEBRIDGE, INC., an Oregon corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware limited liability company,<br><br>    Defendants. | NO. 2:12-cv-00717-JCC<br><br>**STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE**<br><br>**NOTED FOR CONSIDERATION: JULY 19, 2024** |

Pursuant to the Court's February 13, 2024 order (Dkt No. 221), the parties conferred regarding a proposed schedule for the remainder of this case and submitted a joint status report on March 14, 2024. *See* Dkt. No. 227. That report set forth two proposed schedules, with the parties preferring the schedule keyed off the Court's order on Plaintiff's Motion for Partial Reconsideration (Dkt. No. 223). The Court entered its order on June 11, 2024 (Dkt. No. 235), but the Court has not yet entered a new case schedule. Accordingly, the parties respectfully submit this stipulated motion for entry of case schedule and ask the Court to set new deadlines as follows:

STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE - 1
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| Event Deadline | Date |
|---|---|
| Exchange Revised Expert Reports | 9/9/2024 |
| Exchange Rebuttal Expert Reports | 10/9/2024 |
| Deadline for Depositions of Experts | 11/15/2024 |
| Dispositive/Daubert Motions Relating to Revised Expert Reports | 12/16/2024 |
| Motion Briefing Schedule - Response | 1/10/2025 |
| Motion Briefing Schedule – Reply/Noting Date | 1/17/2025 |
| ADR Deadline | 2/14/2025 |
| Trial Date | 6/9/2025 |

DATED: July 19, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Toby J. Marshall*
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

BRESKIN JOHNSON & TOWNSEND, PLLC

By: */s/ Daniel F. Johnson*
Daniel F. Johnson, WSBA #27848
Email: djohnson@bjtlegal.com
1000 Second Avenue, Suite 3670
Seattle, Washington 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290

*Attorneys for Plaintiff*

K&L GATES LLP

By: */s/Todd L. Nunn*
Patrick M. Madden, WSBA #21356
Email: patrick.madden@klgates.com
Todd L. Nunn, WSBA #23267
Email: todd.nunn@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

*Attorneys for Defendants*

STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE - 2
Case No. 2:12-cv-00717-JCC

**K&L GATES LLP**
**925 FOURTH AVENUE, SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE:  +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

# ORDER

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Entry of Case Schedule. The Court has reviewed the Stipulated Motion and hereby enters the following case schedule:

| Event Deadline | Date |
| --- | --- |
| Exchange Revised Expert Reports | 9/9/2024 |
| Exchange Rebuttal Expert Reports | 10/9/2024 |
| Deadline for Depositions of Experts | 11/15/2024 |
| Dispositive/Daubert Motions Relating to Revised Expert Reports | 12/16/2024 |
| Motion Briefing Schedule - Response | 1/10/2025 |
| Motion Briefing Schedule – Reply/Noting Date | 1/17/2025 |
| ADR Deadline | 2/14/2025 |
| Trial Date | 6/9/2025 |

IT IS SO ORDERED.

DATED this 24th day of July 2024.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ENTRY OF CASE SCHEDULE - 3
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE:  +1 206 623 7580
FACSIMILE: +1 206 623 7022