THE HONORABLE JOHN C. COUGHENOUR

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware limited liability company, LIVEBRIDGE, INC., an Oregon corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | NO. 2:12-cv-00717-JCC<br><br>**STIPULATED MOTION FOR ENTRY OF AMENDED CASE SCHEDULE**<br><br>**NOTED FOR CONSIDERATION: NOVEMBER 1, 2024** |

On July 24, 2024 the Court entered a scheduling order (Dkt No. 237) based on the parties' stipulated motion. That order set deadlines for production of revised expert reports, rebuttal reports, expert depositions, and motions practice regarding the expert reports, in addition to setting a trial date. The parties produced expert reports according to the deadlines in that order: the parties exchanged Revised Expert Reports on September 9, 2024; and exchanged Rebuttal Reports on October 9, 2024. On October 21, Plaintiff produced an Amended Revised Expert Report and supporting material. Defendants have objected to the Amended Revised Expert Report, and the parties disagree regarding its propriety. That disagreement will be

STIPULATED MOTION FOR ENTRY
OF AMENDED CASE SCHEDULE – 1
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  litigated in the motions provided for in the Scheduling Order. Based on the timing of the
2  Amended Revised Report and on other scheduling issues, good cause exists for, and the parties
3  have agreed to, a short extension of the deadlines to take expert depositions and file motions
4  regarding the expert reports. This short extension will not impact the current trial date.

5  Accordingly, and without waiving any of their positions regarding the production or
6  content of expert reports, the parties respectfully submit this Stipulated Motion for Entry of
7  Amended Case Schedule and ask the Court to set new deadlines as follows:

| Event Deadline | Existing Date | Extended Date |
| --- | --- | --- |
| Deadline for Depositions of Experts | 11/15/2024 | 12/6/2024 |
| Dispositive/Daubert Motions Relating to Revised Expert Reports | 12/16/2024 | 1/9/2025 |
| Motion Briefing Schedule - Response | 1/10/2025 | 1/24/2025 |
| Motion Briefing Schedule – Reply/Noting Date | 1/17/2025 | 1/31/2025 |
| ADR Deadline | 2/14/2025 | No change |
| Trial Date | 6/9/2025 | No change |

DATED: November 1, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Toby J. Marshall*
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

BRESKIN JOHNSON & TOWNSEND, PLLC

By: */s/ Daniel F. Johnson*
Daniel F. Johnson, WSBA #27848
Email: djohnson@bjtlegal.com

K&L GATES LLP

By:  */s/Todd L. Nunn*
Patrick M. Madden, WSBA #21356
Email:  patrick.madden@klgates.com
Todd L. Nunn, WSBA #23267
Email: todd.nunn@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

*Attorneys for Defendants*

STIPULATED MOTION FOR ENTRY
OF AMENDED CASE SCHEDULE – 2
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1 | 1000 Second Avenue, Suite 3670
2 | Seattle, Washington 98104
   | Telephone: (206) 652-8660
   | Facsimile: (206) 652-8290
3 |
4 | *Attorneys for Plaintiff*
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |

STIPULATED MOTION FOR ENTRY
OF AMENDED CASE SCHEDULE – 3
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# ORDER

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Entry of Amended Case Schedule. The Court has reviewed the Stipulated Motion and hereby enters the following case schedule:

| Event Deadline | Existing Date | Extended Date |
| --- | --- | --- |
| Deadline for Depositions of Experts | 11/15/2024 | 12/6/2024 |
| Dispositive/Daubert Motions Relating to Revised Expert Reports | 12/16/2024 | 1/9/2025 |
| Motion Briefing Schedule - Response | 1/10/2025 | 1/24/2025 |
| Motion Briefing Schedule – Reply/Noting Date | 1/17/2025 | 1/31/2025 |
| ADR Deadline | 2/14/2025 | No change |
| Trial Date | 6/9/2025 | No change |

IT IS SO ORDERED.

DATED this 4th day of November 2024.

THE HONORABLE JOHN C. COUGHENOUR

STIPULATED MOTION FOR ENTRY OF AMENDED CASE SCHEDULE – 4
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022