THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:12-cv-00717-JCC<br><br>**STIPULATED MOTION TO CONTINUE ADR DEADLINE**<br><br>**NOTED FOR HEARING: JANUARY 24, 2025** |

On November 4, 2024 the Court entered a revised scheduling order (Dkt. 239), based on the parties' stipulated motion. That order sets a February 14, 2025 deadline for engaging in ADR.  The parties respectfully submit this Stipulated Motion to Continue ADR Deadline, continuing the deadline to February 26, 2025. This continuation accommodates the parties' currently scheduled mediation date.

Dated this 24th  day of January 2025

STIPULATED MOTION TO CONTINUE ADR DEADLINE - 1
Case No. 2:12-cv-00717-JCC

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **K&L GATES LLP** |
| By: */s/ Toby J. Marshall* <br> Toby J. Marshall, WSBA #32726 <br> Email: tmarshall@terrellmarshall.com <br> 936 N. 34th Street, Suite 300 <br> Seattle, Washington 98103 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 | By: */s/ Todd L. Nunn* <br> Patrick M. Madden, WSBA #21356 <br> Email: patrick.madden@klgates.com <br> Todd L. Nunn, WSBA #23267 <br> Email: todd.nunn@klgates.com <br> 925 Fourth Avenue, Suite 2900 <br> Seattle, Washington 98104-1158 <br> Telephone: (206) 623-7580 <br> Facsimile: (206) 623-7022 |
| **BRESKIN JOHNSON & TOWNSEND, PLLC** | *Attorneys for Defendants* |
| By: */s/ Daniel F. Johnson* <br> Daniel F. Johnson, WSBA #27848 <br> Email: djohnson@bjtlegal.com | |
| *Attorneys for Plaintiff* | |

**ORDER**

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Continue ADR deadline. The Court has reviewed the Stipulated Motion and hereby continues the ADR Deadline in this matter to February 26, 2025.

IT IS SO ORDERED.

DATED:   January 24, 2025

*[signature]*

THE HONORABLE JOHN C. COUGHENOUR