THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY HILL, individually and on behalf of all persons similarly situated,<br><br>                  Plaintiff,<br><br>  v.<br><br>XEROX BUSINESS SERVICES, LLC, et al.,<br><br>                  Defendants. | CASE NO. 2:12-cv-00717-JCC<br><br>**STIPULATED MOTION TO STAY CASE DEADLINES AND TO STRIKE TRIAL DATE**<br><br>NOTED ON MOTION CALENDAR: April 8, 2025 |

      Plaintiff Tiffany Hill ("Plaintiff") and Defendants Xerox Business Services, LLC, et al. ("Defendants") (collectively the "Parties") jointly move the Court to stay or strike all current case deadlines and strike the trial date in this matter. In support of this Stipulated Motion, the Parties state the following:

      1.     With the assistance of mediator Retired Judge Paris Kallas, on April 4, 2025, the Parties reached an agreement on the materials terms of a class action settlement in this matter.

      2.     Because this is a class action, the settlement must be approved by the Court in accordance with Federal Rule of Civil Procedure 23(e).

      3.     The Parties need to memorialize their settlement in writing and prepare related documents (e.g., notices to the class).

STIPULATED MOTION TO STAY CASE DEADLINES AND TO STRIKE TRIAL DATE - 1
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

4.  The parties anticipate that they can negotiate, complete, and execute the settlement and related documents by the first week of May 2025.

5.  Plaintiff anticipates filing a motion for preliminary approval of the settlement by mid-to-late May 2025.

6.  The Parties have various impending pre-trial deadlines as well as deadlines set in this Court's Order dated March 21, 2025 (Dkt No. 261) that address matters that are not relevant to settlement and will become moot if the Court approves the settlement.

7.  The Parties agree that staying all current deadlines and striking the trial date so that the Parties and the Court can move forward in the settlement approval process will avoid needless cost and burdens on the Parties and the Court. *See, e.g.*, LCR 26(f) (parties should "promote the just, efficient, … and economical determination" of actions).

8.  For the foregoing reasons, the Parties jointly and respectfully request that the Court stay all current deadlines and strike the trial date in this case.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 8th day of April 2025.

K&L GATES LLP

By: */s/ Patrick Madden*
    Patrick M. Madden, WSBA #21356
    Todd L. Nunn, WSBA #23267
    925 Fourth Avenue, Suite 2900
    Seattle, Washington 98104-1158
    Tel: +1 206 370 6795
    Fax: +1 206 623 7022
    Email: patrick.madden@klgates.com
    todd.nunn@klgates.com

*Attorneys for Defendants*

STIPULATED MOTION TO STAY CASE DEADLINES AND TO STRIKE TRIAL DATE - 2
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Toby J. Marshall*
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Daniel F. Johnson, WSBA #27848
Email: djohnson@bjtlegal.com
BRESKIN JOHNSON & TOWNSEND, PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290

*Attorneys for Plaintiff*

## ORDER

The Parties have informed the Court that they have reached an agreement on the materials terms of a class action settlement in this matter. The Parties have thus jointly moved the Court for an Order staying all current deadlines and striking the trial date in this case.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED this __ day of April 2025.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STAY CASE DEADLINES AND TO STRIKE TRIAL DATE - 3
Case No. 2:12-cv-00717-JCC

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022