THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY HILL and MICHELLE ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINUUM GLOBAL SOLUTIONS, LLC, a Delaware Limited Liability Company, XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company, LIVEBRIDGE, INC., an Oregon Corporation, AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation, AFFILIATED COMPUTER SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:12-cv-00717-JCC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

THIS MATTER came before the Court on Plaintiffs' Motion for Leave to File Overlength Brief.  Having considered the motion and finding good cause, the Court HEREBY ORDERS that Plaintiffs' Motion for Leave to File Overlength Brief is GRANTED.

IT IS SO ORDERED this 8th day of December 2025.

*John C Coughenour*

_____
THE HONORABLE JOHN C. COUGHENOUR

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
Case No. 2:12-cv-00717-JCC

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Daniel F. Johnson, WSBA #27848
    Email: djohnson@bjtlegal.com
    BRESKIN JOHNSON & TOWNSEND, PLLC
    1000 Second Avenue, Suite 3670
    Seattle, Washington 98104
    Telephone: (206) 652-8660
    Facsimile: (206) 652-8290

*Class Counsel*

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF - 2
Case No. 2:12-cv-00717-JCC