# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TIFFANY HILL and MICHELLE ANDERSON, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>CONTINUUM GLOBAL SOLUTIONS, LLC, XEROX BUSINESS SERVICES LLC, LIVEBRIDGE, INC., AFFILIATED COMPUTER SERVICES, INC., AFFILIATED COMPUTER SERVICES, LLC,<br><br>          Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C12-0717-JCC |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

In accordance with Federal Rule of Civil Procedure 58(a) and the Court's order granting final approval of the Parties' class action settlement, dated March 3, 2026, it is hereby ORDERED, ADJUDGED, AND DECREED, that JUDGMENT is entered in accordance with that order.

DATED this 17th day of April 2026.

Joshua C. Harris
Clerk of Court

/s/ *Kadya Peter*
Deputy Clerk